# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW R. CORZINE, #95431 | ) ) ) |
| Plaintiff, | ) 3:10-cv-00482-RCJ-VPC ) |
| vs. | ) **ORDER** ) |
| NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | ) ) ) |
| Defendants. | ) ) |

On November 9, 2010, plaintiff filed a voluntary motion to dismiss this action (docket #5). The court grants this motion to dismiss the complaint without prejudice.

**IT IS THEREFORE ORDERED** that plaintiff's voluntary motion to dismiss (docket #5) is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that plaintiff's application for leave to proceed *in forma pauperis* (docket #1) and motion for leave to file a supplemental affidavit (docket #3) are **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED this 30th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE